UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


DEMMA ROY BREEDING,
    Plaintiff,

No. 1:07-cv-971

-v-

HONORABLE PAUL L. MALONEY

NANCY LANGE, ET AL.,
    Defendants.


PARTIAL JUDGMENT

This Court granted Defendant Olney's motion to dismiss and granted Defendants MDOC, Armstrong, Lange, Parkhurst, Schorfhaar, and Winchester's motion for summary judgment. Pursuant to Federal Rule of Civil Procedure, **JUDGMENT** is entered in favor of those Defendants and against Plaintiff. This judgment does not close the case. **IT IS SO ORDERED.**


Date:   September 3, 2009                           /s/ Paul L. Maloney
                                                                 Paul L. Maloney
                                                                 Chief United States District Judge