UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEMMA ROY BREEDING,
    Plaintiff,

-v-

NANCY LANGE, ET AL.,
    Defendants.

No. 1:07-cv-971

HONORABLE PAUL L. MALONEY

## JUDGMENT

This Court granted Defendants CMS, Gelabert, and Ouellette's motion for summary judgment. The order resolved the claims against all but one remaining defendant. Pursuant to Federal Rule 58, **JUDGMENT** enters in favor of Defendants CMS, Gelabert and Ouellette and against Plaintiff.

    **IT IS SO ORDERED.**

Date:  September 4, 2009                        /s/ Paul L. Maloney
                                                                         Paul L. Maloney
                                                                         Chief United States District Judge