UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEMMA ROY BREEDING,

    Plaintiff,

v.

NANCY LANGE, et al.,

    Defendants.
_____/

Case No. 1:07-cv-971

HONORABLE PAUL L. MALONEY

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation (Dkt. #114) filed by United States Magistrate Judge Ellen S. Carmody in this action. The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

**THEREFORE, IT IS ORDERED** that Plaintiff's claims against Defendant Jacklyn Jackson are **DISMISSED without prejudice** for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that this resolves the last pending claim in the case. **This action is terminated**.

Date: October 27, 2009

/s/ Paul L. Maloney
Paul L. Maloney
Chief United States District Judge